In the Matter of the Application of HENRY JAMES
ANDERSON, to Vacate an Assessment for Paving First
Avenue.

*Designation not necessarily an employment of a newspaper.*

A mere selection of a newspaper to publish official proceedings, is not an employ-
ment of it. Its acceptance must be shown.†

Appeal by the Mayor, etc., of New York, from an order made
at Special Term, vacating certain assessments made upon the prop-
erty of the petitioner.

* Welsh v. Darragh, 52 N. Y., 590. † See Phillips v. Mayor, etc., *ante*, p. 212.
Hun—Vol. II. 48

The assessment in question was laid in 1874, for the expense of paving First avenue, New York, from Thirty-sixth to Sixty-first street.

*E. Delafield Smith* and *William Barnes*, for the Mayor, etc., of New York.

*E. Ellery Anderson*, for the respondent Anderson.

Opinion by DANIELS, J.

DAVIS, P. J., concurred.

Order appealed from reversed, with ten dollars costs and disbursements on appeal, and an order entered denying the application, with ten dollars costs.